| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (SCBN 9990) |
| | United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CSBN 163973) |
| | Chief, Criminal Division |
| 4 | PATRICIA J. KENNEY (CSBN 130238) |
| | Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue |
| | San Francisco, CA 94102 |
| | Telephone: 415.436.6857 |
| 7 | Facsimile:  415.436.6748 |
| | Email: patricia.kenney@usdoj.gov |
| 8 | |
| 9 | Attorneys for United States of America |

10           UNITED STATES DISTRICT COURT

11           NORTHERN DISTRICT OF CALIFORNIA

12

13  UNITED STATES OF AMERICA,      )         No. 07-
                                   )
14                  Plaintiff,     )
                                   )
15         v.                      )         WARRANT OF ARREST OF
                                   )         PROPERTY *IN REM*
16  $33,967 IN UNITED STATES       )
    CURRENCY,                      )
17                                 )
                    Defendant.     )
18  _____)

19  TO:   ANY DEPUTY UNITED STATES MARSHAL OR ANY SPECIAL AGENT OF
          DRUG ENFORCEMENT ADMINISTRATION:
20

21       YOU ARE HEREBY COMMANDED to arrest and seize the defendant currency and

22  maintain custody of same pursuant to 19 U.S.C. § 1605 until further Order of the Court.

23       Claimants of the above-described currency which is the subject of this action shall file their

24  claims with the Clerk of the Court, Northern District of California, 450 Golden Gate Ave., 16th

25  floor, San Francisco, California 94102 and serve a copy thereof upon the United States Attorney,

26  Attention: Patricia J. Kenney, Assistant United States Attorney, U.S. Attorney's Office, 450

27  Golden Gate Ave., 9th floor, San Francisco, California 94102, within 35 days after the date of

28  service of the complaint in accordance with Rule G(5) of the Supplemental Rules for Admiralty

1 | or Maritime and Asset Forfeiture Claims or within 30 days after the date of final publication of
2 | the Notice of Forfeiture Action, whichever is earlier and answers to the Complaint shall be filed
3 | and served within twenty (20) days thereafter or within such additional time as may be allowed
4 | by the Court.
5 | Dated: October 24, 2007

RICHARD W. WEIKING
United States District Clerk

By: _____