```
 1  SCOTT N. SCHOOLS (SCBN 9990)
    United States Attorney
 2
    BRIAN J. STRETCH (CSBN 163973)
 3  Chief, Criminal Division

 4  PATRICIA J. KENNEY (CSBN 130238)
    Assistant United States Attorney
 5
        450 Golden Gate Avenue, Box 36055
 6      San Francisco, California 94102
        Telephone: 415.436.6857
 7      Facsimile: 415.436.6748
        E-mail: patricia.kenney@usdoj.gov
 8
    Attorneys for United States of America
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | No. C 07-5428 VRW |
| Plaintiff,                                       ) | |
| v.                                                   ) | CERTIFICATE OF SERVICE |
| APPROXIMATELY $33,967 IN UNITED ) STATES CURRENCY,                          ) | |
| Defendant.                                   ) | |

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of

1. Government Complaint for Forfeiture;

2. Notice of Forfeiture Action;

3. Warrant of Arrest of Property *In Rem;*

4. Order Setting Case Management Conference;

5. Notice of Availability of Magistrate Judge to Exercise Jurisdiction;

6. United States District Court's Local Rules and Guidelines;

7. ADR Dispute Resolution Procedures in the Northern District of California; and

8. ECF Registration Information Handout

to be served this date via certified mail delivery upon the person(s) below at the place(s) and address(es) which is/are the last known address(es):

Ean Vizzi, Esq  
Pier 5 Law Offices  
506 Broadway  
San Francisco, CA 94133  
Attorney for Jeffrey Hunter

Jeffrey Hunter  
555 Pierce Street, #943  
Albany, CA 94706

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this  2nd  day of November, 2007, at San Francisco, California.

_____/S/_____  
CAROLYN JUSAY  
Legal Assistant  
Asset Forfeiture Unit

Certificate of Service  
C 07-5428 VRW                                         2