IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>$33,967 IN U.S. CURRENCY,<br><br>      Defendant.<br>_____/ | No. C 07-5428 VRW<br><br>**CLERK'S NOTICE** |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service)

     YOU ARE NOTIFIED THAT DUE TO COURT'S UNAVAILABILITY, the Case Management Conference currently scheduled for January 31, 2008 has been **continued to Thursday, February 7, 2008 at 3:30 p.m.** Please report to Courtroom #6, on the 17th floor at 450 Golden Gate Avenue, San Francisco, California.

Parties requesting a continuance shall submit a stipulation and proposed order. If parties are unable to reach a stipulation, the requesting party shall submit an exparte application with a proposed order.

Dated: January 7, 2008

                                          FOR THE COURT,
                                          Richard W. Wieking, Clerk

                                     By: *Cora Klein*
                                          Cora Klein, Courtroom Deputy Clerk to
                                          Chief Judge Vaughn Walker