JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: 415.436.6857
    Facsimile: 415.436.6748
    E-mail: patricia.kenney@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>             Plaintiff, <br>    v. <br><br> APPROXIMATELY $33,967 IN UNITED STATES CURRENCY, <br><br>             Defendant. | No. C 07-5428 VRW <br><br> CERTIFICATE OF SERVICE |

    The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of

- Clerk's Notice

to be served this date via first class mail delivery upon the person(s) below at the place(s) and address(es) which is/are the last known address(es):

Ean Vizzi, Esq
Pier 5 Law Offices
506 Broadway
San Francisco, CA 94133
Attorney for Jeffrey Hunter

Jeffrey Hunter
555 Pierce Street, #943
Albany, CA 94706

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this  15th  day of January, 2008, at San Francisco, California.

                                                 /S/
                                      CAROLYN JUSAY
                                      Legal Assistant
                                      Asset Forfeiture Unit