**EAN VIZZI, ESQ. (SB No. 209444)**
506 Broadway
San Francisco, CA 94133
Tel:  415/986-5591
Fax:  415/421-1331

**Attorney for Claimant
JEFFREY HUNTER**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 07-5428-VRW |
| Plaintiff, | **VERIFIED CLAIM OF JEFFREY HUNTER OPPOSING FORFEITURE.** |
| vs. | |
| APPROXIMATELY $33,967 IN UNITED STATES CURRENCY | |
| Defendant. | |

JEFFREY HUNTER,

Claimant.

---

The undersigned hereby claims an ownership and/or a possessory interest in, and the right to exercise dominion and control over all or part of the defendant property.

Date:  1-15-08                         _____
                                        JEFFREY HUNTER

VERIFICATION

The undersigned declares under penalty of perjury that he is the claimant in the above-entitled matter, that he has read the foregoing Claim Opposing Forfeiture, that he knows the contents

1

1  thereof, and that the statements contained herein are true and
2  correct.
3  Date: 1-15-08
4                                           JEFFREY HUNTER
                                            CLAIMANT