UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL PRETRIAL MINUTES**

**VAUGHN R. WALKER**
United States District Chief Judge

Date : February 14, 2008

**C 07-5428 VRW    USA  v $33,967 in US Currency**

Attorneys : For Plaintiff(s):   Patricia Kenney

       For Defendant(s):   Ean Vizi


Deputy Clerk: Frank Justiliano        Reporter: not reported

PROCEEDINGS:        RULING:
1. _____
2. _____
3. _____

Case Management Conference - Held

Fact Discovery Cutoff:  8/29/08

SCHEDULE:

DISPOSITIVE MOTIONS HEARING: 10/30/08  at 2:30 p.m.
File Motion:      Opposition:      Reply:

Order to be prepared by:    Plntf_____    Deft_____    Court_x_