1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division
4  PATRICIA J. KENNEY (CSBN 130238)
   Assistant United States Attorney
5
6  450 Golden Gate Avenue
   San Francisco, CA 94102
   Telephone: 415.436.6857
7  Facsimile:  415.436.6748
   Email: patricia.kenney@usdoj.gov
8
9  Attorneys for United States of America

10                UNITED STATES DISTRICT COURT
11               NORTHERN DISTRICT OF CALIFORNIA
12                   SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,           )
14              Plaintiff,              )
                                        )   No. C 07-5428 VRW
15        v.                            )
                                        )   STIPULATION AND ORDER
16  APPROXIMATELY $33,967 IN UNITED     )   RE: SCHEDULING
    STATES CURRENCY,                    )
17                                      )
18              Defendant.              )
    _____)
19  JEFFREY HUNTER,                     )
                                        )
20              Claimant.                )
                                        )
21  _____)

22      Claimant Jeffrey Hunter and Plaintiff United States of America, through their counsel,
23  agree, subject to the Court's approval, that Claimant can have to and including July 3, 2008 to
24  respond to the pending discovery requests of the United States; that the discovery deadline be
25  extended by three months from August 29, 2008 to November 29, 2008; and that the hearing date
26  for dispositive motions now set for October 30, 2008 be rescheduled to January 29, 2009.
27      The reason for the request is that the attorney for Claimant has had a difficult time
28  contacting Claimant, but has finally scheduled a meeting with him for June 14, 2009. As a

1  result, the attorney for Claimant has on several occasions asked the United States to extend the
2  time for Claimant to respond to pending discovery requests which were originally served on
3  March 5, 2008 and to which responses were due on due on April 7, 2008. The United States has
4  agreed to extend time for Claimant to respond for a total of almost three months. When counsel
5  for Claimant asked for another three week extension, the United States agree only if the Court is
6  willing to extend the other case deadlines. The United States believes that Claimant is better
7  served by being represented in this action by counsel.

9  IT IS SO STIPULATED:

                                        JOSEPH P. RUSSONIELLO
                                        United States Attorney

11 DATED: June 13, 2008

                                        PATRICIA J. KENNEY
                                        Assistant United States Attorney

14 DATED: June 13, 2008

                                        SEAN VIZZI, ESQ.
                                        Attorney for Claimant Jeffrey Hunter

19                                      ORDER

20  Based on the foregoing stipulation of the parties, it is by the Court on the ____ day of
21  June, 2008,

22  ORDERED that Claimant's responses to the pending discovery requests of the United
23  States are due on July 3, 2008; the discovery cut-off is extended to and including November 29,
24  2008; and the last date for a hearing on dispositive motions is January 29, 2009 at 2:30 p.m.

                                        _____
                                        HONORABLE VAUGHN R. WALKER
                                        Chief Judge, United States District Court

Stip & Order
No. 07-5428 VRW                         -2-