JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: 415.436.6857
Facsimile:  415.436.6748
Email: patricia.kenney@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY $33,967 IN UNITED STATES CURRENCY,<br><br>　　　　　Defendant.<br><br>JEFFREY HUNTER,<br><br>　　　　　Claimant. | No. C 07-5428 VRW<br><br>STIPULATION AND ORDER RE: SCHEDULING |

　　Claimant Jeffrey Hunter and Plaintiff United States of America, through their counsel, agree, subject to the Court's approval, that Claimant can have to and including July 3, 2008 to respond to the pending discovery requests of the United States; that the discovery deadline be extended by three months from August 29, 2008 to November 29, 2008; and that the hearing date for dispositive motions now set for October 30, 2008 be rescheduled to January 29, 2009.

　　The reason for the request is that the attorney for Claimant has had a difficult time contacting Claimant, but has finally scheduled a meeting with him for June 14, 2009. As a

1  result, the attorney for Claimant has on several occasions asked the United States to extend the
2  time for Claimant to respond to pending discovery requests which were originally served on
3  March 5, 2008 and to which responses were due on due on April 7, 2008. The United States has
4  agreed to extend time for Claimant to respond for a total of almost three months. When counsel
5  for Claimant asked for another three week extension, the United States agree only if the Court is
6  willing to extend the other case deadlines. The United States believes that Claimant is better
7  served by being represented in this action by counsel.

9  IT IS SO STIPULATED:

10
11  DATED: ~~January~~ June 13, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

PATRICIA J. KENNEY
Assistant United States Attorney

14  DATED: ~~January~~ June 13, 2008

SEAN VIZZI, ESQ.
Attorney for Claimant Jeffrey Hunter

### ORDER

Based on the foregoing stipulation of the parties, it is by the Court on the ___18th___ day of June, 2008,

ORDERED that Claimant's responses to the pending discovery requests of the United States are due on July 3, 2008; the discovery cut-off is extended to and including November 29, 2008; and the last date for a hearing on dispositive motions is January 29, 2009 at 2:30 p.m.



HONORABLE VAUGHN R WALKER
Chief Judge, United States District Court

Stip & Order
No. 07-5428 VRW