JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: 415.436.6857
Facsimile:  415.436.6748
Email: patricia.kenney@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>APPROXIMATELY $33,967 IN UNITED STATES CURRENCY,<br><br>   Defendant.<br>―――――――――――――――<br>JEFFREY HUNTER,<br><br>   Claimant.<br>―――――――――――――――| No. C 07-5428 VRW<br><br>SETTLEMENT AGREEMENT AND ORDER |

The parties stipulate and agree as follows:

1.    Plaintiff is the United States of America ("United States"). Defendant is $33,967 in United States Currency ("Defendant $33,967"). After proper notification and publication was given, the only person who filed a timely Claim and in this action is claimant Jeffrey Hunter. As a result, only claimant Hunter has a right to defend Defendant $33,967. The United States and claimant Hunter are hereafter referred to as the "parties" in this document which is hereinafter referred to as the "Settlement Agreement" or "Agreement."

2. After full and open discussion, the parties agree to resolve any and all claims against Defendant $33,967, as well as against any and all past and present officials, employees and agents of the United States, including those at the United States Department of Justice, arising out of the seizure of Defendant $33,967 and the facts alleged in the Complaint for Forfeiture filed on or about October 24, 2007.

3. The parties agree that the resolution of the lawsuit is based solely on the terms stated in this Settlement Agreement. It is expressly understood that this Agreement has been freely and voluntarily entered into by the parties. The parties further agree that there are no express or implied terms or conditions of settlement, whether oral or written, other than those set forth in this Agreement. This Agreement shall not be modified or supplemented except in writing signed by the parties. The parties have entered into this Agreement in lieu of continued protracted litigation and District Court adjudication.

4. The parties further agree that this Settlement Agreement does not constitute precedent on any legal issue for any purpose whatsoever, including all administrative proceedings and any lawsuits.

5. The parties agree that claimant Hunter releases and discharges the United States, as well as any past and present officials, employees, agents, attorneys, their successors and assigns, from any and all obligations, damages, liabilities and demands of any kind and nature whatsoever, whether suspected or unsuspected, at law or in equity, known or unknown, arising out of the seizure of Defendant $33,967 and the allegations in plaintiff's Complaint for Forfeiture, filed on October 24, 2007.

6. Claimant Hunter does not contest that the United States has sufficient evidence to support the forfeiture of Defendant $33,967. In order to resolve this case without the expense of further litigation, however, the parties have agreed that $32,608.32 of defendant shall be forfeited to the United States and that $1,358.68 of defendant shall be returned to claimant Jeffrey Hunter, by check made payable to claimant Hunter and his attorney, Ean Vizzi, and delivered to his attorney, Ean Vizzi, at Pier 5 Law Offices, 506 Broadway, San Francisco, CA 94133.

1 | Such payment shall be in full settlement and satisfaction of any and all claims by claimant
2 | Hunter, his heirs, representatives and assignees to Defendant $33,697.
3 |     7.    Claimant Hunter shall hold harmless the United States, including its agents,
4 | officers, representatives and employees, as well as any and all state and local law enforcement
5 | officials, for any and all acts directly or indirectly related to the seizure of Defendant $33,967, the
6 | facts alleged in the Complaint for Forfeiture and the forfeiture of $32,608.32 of Defendant
7 | $33,967.
8 |     8.    The United States and Claimant agree that each party shall pay its own attorneys'
9 | fees and costs.
10 |     9.    Based on the foregoing Settlement Agreement between the United States,
11 | claimant Hunter, the Parties agree that, subject to the Court's approval, this action be and hereby
12 | is DISMISSED and that the proposed JUDGMENT OF FORFEITURE which is submitted with
13 | this Settlement Agreement be entered.
14 | IT IS SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: ~~July~~ August 4, 2008

PATRICIA J. KENNEY
Assistant United States Attorney

Dated: July 9, 2008

EAN VIZZI
Attorney for Claimant Jeffrey Hunter

Dated: July 21, 2008

JEFFREY HUNTER
Claimant

BASED ON THE FOREGOING STIPULATION, IT IS SO ORDERED ON THIS 6th DAY OF AUGUST, 2008.

HONORABLE VAUGHN R. WALKER
United States District Judge